# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE A. GRAHAM,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | Case No. 15-cv-04220-JSW<br><br>**SUA SPONTE REFERRAL ORDER AND VACATING HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge James Donato to determine whether it is related to *Michelle A. Graham v. Wells Fargo Bank, N.A.*, 3:14-cv-03965-JD.  The Court VACATES the hearing on the motion to dismiss and the case management conference, both of which are scheduled for December 18, 2015, pending Judge Donato's decision on whether the matters are related.

**IT IS SO ORDERED.**

Dated: November 12, 2015

JEFFREY S. WHITE
United States District Judge